EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00223-001 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| JOEL ARTIAGA, | ) | |
| | ) | |
| Defendant. | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on June 22, 2005, a Judgment In A Criminal Case was entered against Joel Artiaga, (SSN: XXX-XX-9881) in the U.S. District Court, District of Hawaii, ordering payment of special assessment of $25.00 and restitution of $745.00.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism And Effective Death Penalty Act Of 1996 was recorded on February 29, 2008 at the Bureau of Conveyances, State of Hawaii, Document No. 2008-030935.

DATED: <u>March 14, 2008</u>, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                              /s/ Edric M. Ching

                        By: _____
                            EDRIC M. CHING
                            Assistant U.S. Attorney

                        Attorneys for Plaintiff